UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   9:15-cv-81552-RLR

FIDELITY LIFE ASSOCIATION, a Legal
Reserve Life Insurance Company,

    Plaintiff,

v.

ARNOLD H. COHEN,

    Defendant.                       /

## JOINT STATUS REPORT

Pursuant to the Court's June 10, 2016 Paperless Order [D.E. No. 13], plaintiff, FIDELITY LIFE ASSOCIATION, a Legal Reserve Life Insurance Company ("Fidelity Life") and defendant ARNOLD H. COHEN ("Mr. Cohen") respectfully submit this Joint Scheduling Report and inform the Court as follows:

1. **Settlement Status.**  The parties have not reached a settlement.

2. **Discovery status.**  Discovery is ongoing.

3. **Additional matters.**  There are no other scheduling or procedural matters that should be brought to the Court's attention at this time.

Dated: June 15, 2016.

451473.1

2

Respectfully submitted,

| | |
|---|---|
| **Bryan Cave LLP** | **Jacob A. Armpriester, P.A/** |
| 200 S. Biscayne Blvd., #400 | P.O. Box 970814 |
| Miami, FL 33131 | Boca Raton, FL 33497 |
| Tel. (786) 322-7370 | Tel. (954) 428-5225 |
| Fax: (786) 322-7470 | Fax: (775) 255-1821 |
| By:   /s/ C. Ryan Reetz | By:   /s/ Jacob A. Armpriester |
| **C. Ryan Reetz** | **Jacob A. Armpriester** |
| Florida Bar No. 934062 | Florida Bar No. 945773 |
| ryan.reetz@bryancave.com | pleadings@jaalaw.com |
| **Giovanni Angles** | jarmpriester@jaalaw.com |
| Florida Bar No. 109383 | |
| giovanni.angles@bryancave.com | |
| | |
| *Counsel for Plaintiff Fidelity Life Association* | *Counsel for Defendant Arnold H. Cohen* |